\*\* INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY \*\*
TIME RECEIVED                  REMOTE CSID         DURATION  PAGES  STATUS
August 7, 2020 at 10:53:57 AM EDT   6108380367        63        5    Received

Case 5:19-cv-05778-JMY   Document 22   Filed 08/07/20   Page 1 of 5

08/07/2020  11:05AM  6108380367        KARYN L RIEGER         PAGE  01/05

# LAW OFFICES
# FREDRICK E. CHARLES

441 Linden Street
Allentown, Pennsylvania 18102

(610) 437-7064

## TELECOPY TRAN0SMISSION SHEET

DATE: August 7, 2020

TIME: 10:45 a.m.

SENT TO: The Honorable John Milton Younge

FIRM:

RE: Docket No. 19-cv-05778-JMY   Saultz v. Commonwealth of PA, et al.

TELECOPIER NUMBER: (267-299-7368

SENT BY: FREDRICK E. CHARLES, ESQUIRE

TELECOPIER NUMBER: (610) 838-0367

CALL BACK NUMBER: (610) 437-7064

TOTAL PAGES SENT: 5  (INCLUDING THIS TRANSMISSION SHEET)

MESSAGE: _____

THIS INFORMATION TRANSMITTED BY THIS FACSIMILE IS LEGALLY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE NOTIFY US BY TELEPHONE (COLLECT) AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE UNITED STATES POSTAL SERVICE. THANK YOU.

LAW OFFICES

# FREDRICK E. CHARLES

441 LINDEN STREET

ALLENTOWN, PENNSYLVANIA 18102

(610) 437-7064

August 7, 2020

The Honorable John Milton Younge
United States District Judge
Chambers Room 4007
United States Courthouse
601 Market Street
Philadelphia, PA 19106

        Re:    Robert Andrew Saultz v. Commonwealth of Pennsylvania, et al.
                Case No.: 19-cv-05778-JMY .

Dear Judge Younge:

        Please be advised that I am forwarding this letter to your attention with the consent/authorization of opposing counsel Janelle E. Fulton, Esquire and Deputy Attorney General Kathy Le. On April 16, 2020, Your Honor entered a Scheduling Order which, in part, set August 14, 2020, as the deadline for all fact discovery and October 26, 2020, as the deadline for all summary judgment/Daubert motions. As of the present date, counsel have engaged in a good faith effort to complete all fact discovery by the original deadline and have stipulated to the dismissal of several parties from the within action.

        Counsels' ability to complete fact discovery by the August 14, 2020 deadline has been adversely affected by several factors, including my personal medical condition and the Covid-19 pandemic. During the Rule 16 Conference, I advised Your Honor that I had been hospitalized at the University of Pttsburgh Medical Center from October 30, 2019 through November 19, 2019. Additional diagnostic testing and treatment originally scheduled for the months of March and April were cancelled and re-scheduled for the months of June, July and August of this year. My medical issues have placed limitations on my ability to travel.

        In addition to my medical issues, Counsel has encountered scheduling complications related to the Covid-19 pandemic. Whereas depositions in some cases may be completed by Zoom, in the within matter, it is respectfully submitted that counsel need to be physically present for the taking of the deposition testimony of each party, including the presentation and review of the numerous documents relating to each party's sworn testimony.

The Honorable John Milton Younge
August 7, 2020
Page Two


Accordingly, Counsel are respectfully requesting an extension of the fact discovery deadline until October 14, 2020, an extension of the deadline for the filing of summary judgment motions until November 16, 2020, an extension of the deadline for filing Daubert motions until November 30, 2020, with responses to any such motions due on or before December 16, 2020. Counsel has prepared the attached proposed Amended Scheduling Order which addresses the within requested deadline extensions.

In the event that Your Honor should have any questions, please contact me and/or defense counsel. Your consideration in this matter is greatly appreciated.

Very truly yours,

FREDRICK E. CHARLES

FEC/kr

cc: Janelle E. Fulton, Esquire
Kathy Le, Esquire

*Via facsimile to: 267-299-7368*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT ANDREW SAULTZ, | : |
| Plaintiff, | : |
| v. | : Case No. 19-05778-JMY |
| ATTORNEY GENERAL JOSH SHAPIRO, ET AL., | : |
| Defendants | : |

### **PROPOSED AMENDED SCHEDULING ORDER**

AND NOW, this _____ day of August 2020, upon consideration of the parties' request, it is hereby ORDERED that the Scheduling Order (ECF No. 17) is amended as follows:

1. Fact discovery shall continue in good faith.

2. At the parties' request, this matter will be referred to the Honorable Carol Sandra Moore Wells, United States Magistrate Judge, for settlement discussions. Referral requests shall be submitted to the Court via email to Chambers_Younge@paed.uscourts.gov and copied to all counsel. Such requests shall be made at the earliest possible stage of the litigation when settlement discussions will be productive. As a general rule, the Court will not extend or stay the foregoing case management deadlines pending the conduct of settlement discussions.

3. The following deadlines are so ORDERED:

   a. All fact discovery shall be completed by **October 14, 2020**; Plaintiff shall produce his expert report(s) by **October 14, 2020**; Defendants shall produce their expert report(s) by **October 28, 2020**; All expert discovery, including all depositions of expert witnesses, shall be completed by **November 16, 2020**.

    b. All motions for summary judgment shall be filed no later than **November 16, 2020**. Responses, if any, to such motions shall be filed no later than **December 16, 2020**.

    c. All Daubert motions shall be filed no later than **November 30, 2020**. Responses, if any, to such motions shall be filed no later than **December 16, 2020**.

4. A final pretrial conference will be held on February 23, 2021 at 2 p.m. in room 4007 at the United States Courthouse located at 601 Market Street, Philadelphia, PA 19106.

5. Counsel are referred to Judge Younge's operating procedures for further information: https://www.paed.uscourts.gov/judges-info/district-court-judges/john-milton-younge.

**BY THE COURT:**

*/s/ John Milton Younge*
**Judge John Milton Younge**