# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT ANDREW SAULTZ,** | : | Case No.  19-cv-5778 -JMY |
| *Plaintiffs* | : | |
| v. | : | |
| **ATTORNEY GENERL JOSH SHAPIRO, et al.** | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 8th day of December, 2022, upon consideration of Defendants Michael Leaser's and Dawn Heuser's Motion for Summary Judgment (ECF No. 24) and Defendant Eric Barlow's Motion for Summary Judgment (ECF No. 26) and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendants' Motions are **GRANTED** for the reasons set forth in this Court's accompanying Memorandum.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ Judge John Milton Younge

**Judge John Milton Younge**